IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SB IP HOLDINGS, LLC,<br><br>   Plaintiff,<br><br>   vs.<br><br>VIVINT SMART HOME, INC. and VIVINT INC.,<br><br>   Defendant and counterclaim plaintiffs,<br><br>   vs.<br><br>SKYBELL TECHNOLOGIES, INC and SB IP HOLDINGS, LLC<br><br>   Counterclaim defendants. | Civil No. 4:20-cv-00886-ALM<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Pending before the Court is the Parties' Joint Stipulation for Extension to file Sur-Reply and Certain Case Deadlines (Dkt. #47). After considering the motion, and for good cause appearing, the Court hereby **GRANTS** the extension.

It is therefore **ORDERED** that Vivint Smart Home, Inc., and Vivint Inc. shall have until August 16, 2021 to file a sur-reply to the Motion to Dismiss for Improper Venue (Dkt. #40). The Parties will exchange preliminary proposed claim construction and extrinsic evidence supporting the same on August 19, 2021 and the Parties will file Joint Claim Construction and Prehearing Statements on September 14, 2021.

   **IT IS SO ORDERED**.

   **SIGNED this 13th day of August, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE