IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SB IP HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>VIVINT SMART HOME, INC. and VIVINT, INC.,<br><br>Defendant and counterclaim plaintiffs,<br><br>vs.<br><br>SKYBELL TECHNOLOGIES, INC and SB IP HOLDINGS, LLC<br><br>Counterclaim defendants. | Civil No. 4:20-cv-00886-ALM<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Pending before the Court is Defendant's Motion Regarding Claim Construction Briefing (Dkt. #50). The Court has fully considered the parties' proposed page limits and accordingly **ORDERS** the page limits for the consolidated claim construction briefing shall be, as indicated in the tables below:

| | |
|---|---|
| The parties' opening claim construction briefs are to be filed simultaneously in accordance with the Joint Claim Construction and Pre-Hearing Statement | Shall not exceed thirty-five (35) pages |
| The parties' responsive claim construction briefs are to be filed simultaneously in accordance with the Joint Claim Construction and Pre-Hearing Statement | Shall not exceed thirty-five (35) pages |

IT IS SO ORDERED.

SIGNED this 15th day of September, 2021.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE