#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF TEXAS
#### SHERMAN DIVISION

| | |
|---|---|
| SB IP HOLDINGS, LLC <br><br> *Plaintiff* <br><br> v. <br><br> VIVINT SMART HOME, INC. <br><br> *Defendant* | Case No. 4:20-cv-00886-ALM <br><br> **JURY TRIAL DEMANDED** |

#### PLAINTIFF'S UNOPPOSED MOTION
#### TO SEAL MOTION TO COMPEL DISCOVERY AND
#### MOTION FOR LEAVE TO AMEND COMPLAINT

SB IP Holdings, LLC ("Plaintiff" or "SBIP") respectfully file this Unopposed Motion to Seal its Motion to Compel Discovery and Motion for Leave to Amend Complaint, as required by Local Rule CV-5(a)(7), and would show the Court as follows:

On November 17, 2020, Plaintiff SBIP filed the above-styled and numbered suit against Defendant Vivint Smart Home, Inc. ("Defendant" or "VSH"). Dkt. 1.

On March 3, 2021, in its Order Governing Proceedings, the Court issued a Protective Order governing the handling of confidential documents and information produced or disclosed by the parties in this action (Dkt. 25).

Plaintiffs seek to seal information relating to information designated by VSH as confidential and proprietary information under the terms of the Protective Order. The specific information and materials Plaintiffs/Counter-Defendants seek to seal is: Plaintiff's Motion to Compel Discovery and Motion for Leave to Amend Complaint and exhibit thereto. Filing this motion under seal ensures that VSH's confidential and proprietary information is not seen by or disseminated to unauthorized parties.

The hearing on the motion to seal court records in the above-styled and numbered case will be held in open court. Any person may intervene and be heard concerning the sealing of Plaintiff's Motion to Compel Discovery and Motion for Leave to Amend Complaint and exhibit thereto.

Dated: January 14, 2022

Respectfully submitted,

*/s/ Brian L. King*
Gary R. Sorden
Texas Bar No. 24066124
gsorden@coleschotz.com
Aaron Davidson
Texas Bar No. 24007080
adavidson@coleschotz.com
Niky R. Bagley
Texas Bar No. 24078287
nbagley@coleschotz.com
Timothy J.H. Craddock
Texas Bar No. 24082868
tcraddock@coleschotz.com
Brian L. King
Texas Bar No. 24055776
bking@coleschotz.com
James R. Perkins
Texas Bar No. 24074881
jperkins@coleschotz.com

COLE SCHOTZ, P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
Tel: (469) 557-9390
Fax: (469) 533-1587

**ATTORNEYS FOR PLAINTIFF SBIP HOLDINGS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2022 a true and correct copy of the foregoing was served on all counsel of record via electronic mail

                                          */s/ Brian L. King*
                                          Brian L. King

## CERTIFICATE OF COMPLIANCE

Plaintiff's counsel has complied with the substantive meet-and-confer requirement in Local Rule CV-7(h) with respect to this motion. Defendant does not oppose this motion.

                                          */s/ Brian L. King*
                                          Brian L. King