IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SB IP HOLDINGS LLC,<br>　　Plaintiff,<br><br>v.<br><br>VIVINT SMART HOME, INC.<br>　　Defendant. | §<br>§<br>§<br>§　Civil Action No. 4:20-cv-00886<br>§<br>§　**JURY TRIAL DEMANDED**<br>§<br>§ |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANT'S MOTION TO COMPEL**

　　Plaintiff SB IP Holdings LLC's ("Plaintiff") moves for an extension of time to respond to, or otherwise oppose, Defendant Vivint Smart Home, Inc.'s ("Defendant") Motion to Compel and Brief in Support (Dkt. No. 128, the "Motion").  Plaintiff's current deadline is June 28, 2022. Plaintiff requests a 3 day extension to Friday, July 1, 2022 and a reciprocal three day extension for Defendant's reply to Monday, July 11.

　　Given the number of substantive issues raised in Defendant's motion and the importance of the privilege issues at stake, Plaintiff respectfully requests a three day extension to adequately respond. Plaintiff further requests that Defendant be provided a reciprocal three day extension to reply to accommodate for the July 4 holiday. Plaintiff has conferred with Defendant and Defendant does not oppose this request. This motion is not sought for the purpose of delay but so that justice may be done.

Dated: June 24, 2022

Respectfully submitted,

/s/ *Brian L. King*
Gary R. Sorden
Texas Bar No. 24066124
gsorden@coleschotz.com
Aaron Davidson
Texas Bar No. 24007080
adavidson@coleschotz.com
Niky R. Bagley
Texas Bar No. 24078287
nbagley@coleschotz.com
Timothy J.H. Craddock
Texas Bar No. 24082868
tcraddock@coleschotz.com
Brian L. King
Texas Bar No. 24055776
bking@coleschotz.com
James R. Perkins
Texas Bar No. 24074881
jperkins@coleschotz.com

COLE SCHOTZ, P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
Tel: (469) 557-9390
Fax: (469) 533-1587

**ATTORNEYS FOR PLAINTIFF**
**SB IP HOLDINGS LLC**

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 24, 2022, I conferred with opposing counsel regarding the relief sought herein, and this Motion is **UNOPPOSED**. *See* Local R. 7.1(b).

*/s/ Brian L. King*
Brian L. King

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 24, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Sherman Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                */s/ Brian L. King*
                Brian L. King