# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SB IP HOLDINGS, LLC | § | |
| | § | Civil Action No.  4:20cv886 |
| v. | § | Judge Mazzant |
| | § | |
| VIVINT, INC. | § | |

## ORDER SETTING TRIAL

The Court hereby sets the Final Pretrial Conference, Jury Selection and Trial of this case before the undersigned, as follows:

| EVENTS | DEADLINES |
|---|---|
| **Final Pretrial Conference** | **9:00 a.m.** on **Wednesday, October 11, 2023,** at the Paul Brown United States Courthouse, 101 E. Pecan Street, Room 208, Sherman, Texas 75090 |
| **Jury Selection/Trial** | **10:00 a.m.** on **Monday, October 16, 2023** |

IT IS SO ORDERED.

SIGNED this 9th day of June, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE