IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SB IP HOLDINGS, LLC<br><br>*Plaintiff*<br><br>v.<br><br>VIVINT, INC.<br><br>*Defendant* | Case No. 4:20-cv-00886-ALM |

**PLAINTIFF'S TRIAL WITNESS LIST**

1. Desiree Mejia
2. Gioyanni Tomaselli
3. Wes Frisby
4. Robert Akl
5. Ross Helfer
6. David Leathers