**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| SB IP HOLDINGS, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>VIVINT, INC.,<br><br>    *Defendant.* | Case No. 4:20-cv-00886-ALM<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS PROPOSED
FINDING OF FACTS AND CONCLUSIONS OF LAW
<u>REGARDING INEQUITABLE CONDUCT</u>**

Plaintiff SB IP Holdings LLC ("SBIP") hereby files this Notice of Supplemental Authority in Support of its Proposed Finding of Facts and Conclusions of Law Regarding Inequitable Conduct (Dkt. 511, Filed Under Seal on November 22, 2023 "Findings of Fact"). SBIP submits the Federal Circuit Court of Appeals' recent decision in *Freshub, Inc. v. Amazon.com, Inc.*, 2022-1391, 2022-1425, Opinion (Fed. Cir. February 26, 2024) (attached as **<u>Exhibit A</u>** hereto).

On February 26, 2024, the Federal Circuit affirmed a district court's finding that certain asserted patents were not unenforceable for inequitable conduct. Specifically, the Federal Circuit determined that certain statements made by counsel to the USPTO to revive an abandoned patent application were not shown to have been made with the requisite deceptive intent. *Id* (relevant portions highlighted in Exhibit A). The holding of the *Freshub* decision is germane to issues presently briefed and tried before this Court. SBIP submits the Federal Circuit's recent decision as supplemental authority to its previously submitted briefing and bench trial evidence.

Dated: March 12, 2024

*/s/ Rajkumar Vinnakota*
Gary R. Sorden
Texas Bar No. 24066124
gsorden@coleschotz.com
Aaron Davidson
Texas Bar No. 24007080
adavidson@coleschotz.com
Timothy J.H. Craddock
Texas Bar No. 24082868
tcraddock@coleschotz.com
Brian L. King
Texas Bar No. 24055776
bking@coleschotz.com
James R. Perkins
Texas Bar No. 24074881
jperkins@coleschotz.com
Rajkumar Vinnakota
Texas Bar No. 24042337
kvinnakota@coleschotz.com

Respectfully submitted,

Vishal Patel
Texas Bar No. 24065885
vpatel@coleschotz.com
Ian Ross Phillips
Texas Bar No. 24091239
iphillips@coleschotz.com
Arjun Padmanabhan (*Admitted Pro Hac Vice*)
Texas Bar No. 24120122
apadmanabhan@coleschotz.com
Seokin Yeh (*Admitted Pro Hac Vice*)
Texas Bar No. 24131942
syeh@coleschotz.com

COLE SCHOTZ, P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
Tel: (469) 557-9390
Fax: (469) 533-1587

**ATTORNEYS FOR PLAINTIFF
SB IP HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

I certify that the foregoing document is being served via the Court's CM/ECF system on March 12, 2024, on all counsel of record who consent to electronic service per Local Rule CV-5(a)(3) or, otherwise, as required by local and federal rules.

*/s/ Rajkumar Vinnakota*
Rajkumar Vinnakota