# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| SB IP HOLDINGS, LLC, § <br>     *Plaintiff,* § <br> v. § <br>      § <br> VIVINT, INC., § <br>     *Defendant.* § <br> § <br> § | Civil Action No. 4:20-cv-00886 <br> Judge Mazzant |

## FINAL JUDGMENT

In conformity with the jury verdict delivered on October 23, 2023, the Court enters judgment in favor of Plaintiff.

It is, therefore, ORDERED, ADJUDGED AND DECREED that Plaintiff is hereby awarded $45,418,641.70, plus prejudgment interest at the prime rate, compounded quarterly, from November 17, 2020 to the entry of this Final Judgment, plus postjudgment interest under 28 U.S.C. § 1961.

The Court retains jurisdiction over the parties to enforce any and all aspects of this Judgment. This judgment is entered subject to, and without waiving, any post-trial issues that may be raised in post-trial motions by any party, including requests for costs, attorneys' fees, injunctive relief, judgment as a matter of law, and such other and further relief as may be just and proper.

**SIGNED this 26th day of August, 2024.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE